IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

        Plaintiff,                    No. CIV S-09-1132 KJM P

   vs.

A. RALLS, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

| | |
|---|---|
| 1 | In accordance with the above, IT IS HEREBY ORDERED that: |
| 2 | 1. Plaintiff shall submit, within thirty days from the date of this order, a |
| 3 | completed affidavit in support of his request to proceed in forma pauperis on the form provided |
| 4 | by the Clerk of Court; |
| 5 | 2. The Clerk of the Court is directed to send plaintiff a new Application to |
| 6 | Proceed In Forma Pauperis By a Prisoner; and |
| 7 | 3. Plaintiff shall submit, within thirty days from the date of this order, a certified |
| 8 | copy of his prison trust account statement for the six month period immediately preceding the |
| 9 | filing of the complaint.  Plaintiff's failure to comply with this order will result in a |
| 10 | recommendation that this action be dismissed without prejudice. |
| 11 | DATED: May 12, 2009. |

_____
U.S. MAGISTRATE JUDGE

/kly
guev1132.3c+new