IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

        Plaintiff,                        No. CIV S-09-1132 FCD KJM P

    vs.

A. RALLS, et al.,

        Defendants.         <u>ORDER</u>

                           /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 27, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Ralls was returned unserved because "Per CDC locator, none." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

/////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3   along with an instruction sheet and a copy of the complaint filed April 24, 2009;

4        2. Within sixty days from the date of this order, plaintiff shall complete and
5   submit the attached Notice of Submission of Documents to the court, with the following
6   documents:

7             a. One completed USM-285 form for defendant Ralls;
8             b. Two copies of the endorsed complaint filed April 24, 2009; and
9             c. One completed summons form (if not previously provided)
10  or show good cause why he cannot provide such information.

11  DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

/md
guev1132.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

    Plaintiff,                                 No. CIV S-09-1132 FCD KJM P

    vs.

A. RALLS, et al.,                           NOTICE OF SUBMISSION

    Defendants.                   OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                Complaint/Amended Complaint

DATED:

                                 _____
                                 Plaintiff