1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AMILCAR GUEVARA,

11              Plaintiff,                    No. 2:09-cv-1132 FCD KJN P

12        vs.

13   A. RALLS, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with

17   this civil rights action.  On October 27, 2009, the court ordered the United States Marshal to

18   serve the complaint on defendants.  Service of process has been executed on defendants B. P.

19   Scruggs, S. A. Ramirez, and C. Macarve.  The Marshal was unable to effect service on defendant

20   Ralls because he is not employed at Represa, and attempts to locate this defendant through the

21   California Department of Corrections and Rehabilitation locator were unsuccessful on January

22   21, 2010.

23              If plaintiff wishes to proceed with his claims against defendant Ralls, plaintiff

24   must provide additional information to serve defendant Ralls.  Plaintiff shall promptly seek such

25   information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, <u>et</u>

26   <u>seq.</u>, or other means available to plaintiff.  If access to the required information is denied or

1

1  unreasonably delayed, plaintiff may seek judicial intervention.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.  The Clerk of the Court is directed to send plaintiff one summons, one USM-

4  285 form, an instruction sheet, and a copy of the complaint filed April 24, 2009.

5          2.  Within sixty days from the date of this order, plaintiff shall either complete the

6  attached Notice of Submission of Documents and submit it to the court with the documents listed

7  below, or plaintiff shall show good cause why he cannot provide the required information and

8  documents:

9              a.  One completed USM-285 form for defendant Ralls;

10             b.  Two copies of the endorsed complaint filed April 24, 2009; and

11             c.  One completed summons form.

12  DATED:  February 16, 2010

13

14              _____/s/ Kendall J. Newman_____
                KENDALL J. NEWMAN
15              UNITED STATES MAGISTRATE JUDGE
    guev1132.8e

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7    AMILCAR GUEVARA,

8             Plaintiff,                    No. 2:09-cv-1132 FCD KJN (PC)

9        vs.

10   A. RALLS, et al.,                      NOTICE OF SUBMISSION

11            Defendants.                   OF DOCUMENTS

12   _____/

13            Plaintiff hereby submits the following documents in compliance with the court's

14   order filed _____:

15            _____  one completed summons form;

16            _____  one completed USM-285 form; and

17            _____  two copies of the amended complaint filed June 23, 2009

18

19   DATED: _____.

20

21

22

23                                         _____

24                                         Plaintiff

25

26