IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

    Plaintiff,          No. 2:09-cv-1132 FCD KJN (PC)

  vs.

A. RALLS, et al.,

    Defendants.      <u>ORDER</u>

_____/

On January 28, 2010, the Magistrate Judge issued an order denying appointment of counsel. On March 1, 2010, plaintiff filed a motion for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of January 28, 2010 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 1, 2010 motion for reconsideration is denied.

DATED: March 9, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE