1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9    AMILCAR GUEVARA,

10            Plaintiff,                      No. 2:09-cv-1132 FCD KJN (PC)

11        vs.

12   A. RALLS, et al.,

13            Defendants.                     <u>ORDER</u>

14   _____/

15            On January 28, 2010, the Magistrate Judge issued an order denying appointment

16   of counsel.  On March 1, 2010, plaintiff filed a motion for reconsideration of that order.  Local

17   Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof

18   is sought from the Court within ten court days . . . from the date of service of the ruling on the

19   parties."  E.D. Local Rule 72-303(b).  Plaintiff's request for reconsideration of the magistrate

20   judge's order of January 28, 2010 is therefore untimely.

21            Accordingly, IT IS HEREBY ORDERED that plaintiff's March 1, 2010 motion

22   for reconsideration is denied.

23   DATED: March 9, 2010.

24

25                                            _____
                                             FRANK C. DAMRELL, JR.
26                                           UNITED STATES DISTRICT JUDGE