IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

        Plaintiff,                      No. 2:09-cv-1132 FCD KJN P

    vs.

A. RALLS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983. On February 16, 2010, the court ordered plaintiff to serve defendant Ralls.[1] On April 12, 2010, plaintiff filed a motion describing his efforts to obtain the defendant's address for service. In that motion, plaintiff represented that the attorney for the other defendants stated she could forward defendant's address to the court or the US Marshal upon order by the court. Plaintiff has not included any letter or correspondence from the attorney in this motion.

        If plaintiff's representations are accurate, attorney for the other defendants shall forward the address for defendant Ralls to the court *in camera* within 14 days and the court will provide the information to the US Marshal for service. If plaintiff's representations are not

---

[1] Several other defendants have already been served in this action and are represented by the Attorney General's Office.

1

1  accurate the attorney for the other defendants shall briefly address the issue within 14 days.

2          Accordingly, IT IS HEREBY ORDERED, that plaintiff's April 12, 2010 motion (Dkt. No. 49) is granted in part, in that the attorney for the other defendants shall forward the address for defendant Ralls to the court *in camera* within 14 days.  If plaintiff's representations are not accurate attorney for the other defendants shall briefly address the issue within 14 days.

DATED:  April 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

guev1132.ord2