IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

        Plaintiff,                      No. 2:09-cv-1132 FCD KJN P

    vs.

A. RALLS, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983.

        On April 28, 2010, the court ordered defendants to provide an address for defendant Ralls to the court *in camera*, if defendants were aware of an address. Dkt. No. 53. On the same day the order was docketed and unknown to the court, defendants had already filed a response to plaintiff's original request for the address and defendants provided the court with Rall's address under seal. Dkt. Nos. 51, 52.

        Accordingly, IT IS HEREBY ORDERED that:

1. The court's April 28, 2010 order (Dkt. No. 53) is vacated.

2. Plaintiff's April 12, 2010 motion (Dkt. No. 49) is granted.

1

3. The Clerk of the Court is directed to keep the documents under seal (Dkt. No. 52) during the pendency of this litigation.

DATED: April 30, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

guev1132.ord3