IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

        Plaintiff,                    No. 2:09-cv-1132 FCD KJN P

    vs.

A. RALLS, et al.,

        Defendants.          <u>ORDER TO SHOW CAUSE</u>

        Plaintiff is proceeding without counsel and in forma pauperis pursuant to 28 U.S.C. § 1915. By order filed May 7, 2010, defendants were granted until May 10, 2010, in which to file an opposition to plaintiff's second motion to compel. This was defendants' second extension of time. The deadline has now passed, and defendants have not filed an opposition to the motion to compel.

        Accordingly, IT IS HEREBY ORDERED that defendants Ramirez, McCarvel and Scruggs shall show cause, within five days, why plaintiff's second motion to compel should not

////

////

////

////

1

1  be granted, and why these defendants should not be sanctioned for their failure to respond to a
2  court order.
3  DATED: May 19, 2010

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

9  guev1132.osc