IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

      Plaintiff,              No. 2:09-cv-1132 FCD KJN P

      vs.

A. RALLS, et al.,

      Defendants.       <u>ORDER</u>

_____/

      On August 18, 2010, plaintiff filed a motion for reconsideration of the magistrate judge's order filed August 11, 2010, granting defendants' motion for extension of time. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 11, 2010, is affirmed. (Dkt. Nos. 81, 82.)

DATED: August 26, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE