IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

    Plaintiff,   No. 2:09-cv-1132 FCD KJN P

    vs.

A. RALLS, et al.,   ORDER TO SHOW CAUSE

    Defendants.
_____/

    By an order filed September 30, 2010, defendant Ralls was granted an additional thirty days in which to file a responsive pleading. Thirty days have now passed and defendant Ralls has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant Ralls show cause, within twenty-one days from the date of this order, why default should not be entered.

    2. The Clerk of the Court shall forward a copy of this order to defendant A. Ralls.

DATED: November 12, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

guev1132.77d

1