1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   AMILCAR GUEVARA,

11            Plaintiff,                    No. 2:09-cv-1132 FCD KJN P

12       vs.

13   A. RALLS, et al.,

14            Defendants.              ORDER TO SHOW CAUSE

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel.  On May 4, 2011, this

17   court issued findings and recommendations recommending that plaintiff's excessive force claims

18   against defendants Scruggs, Ramirez and McCarvel be barred under Heck v. Humphrey, 512

19   U.S. 477 (1994).  It appears that plaintiff's claims against defendant A. Ralls are also based on

20   facts implicating plaintiff's conviction for Resisting Staff Resulting in the Use of Force for rules

21   violation Log No. C07-04-101, stemming from the April 30, 2007 incident, and thus are similarly

22   barred under Heck.  Accordingly, plaintiff is ordered to show cause, if any he may have, why his

23   claims against defendant Ralls are not also barred under Heck, and why, in light of the Heck bar,

24   this action should not be dismissed without prejudice.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.  Within twenty-one days from the date of this order, plaintiff shall show cause,

1

1   if any he has, why his claims against defendant A. Ralls are not barred under Heck v. Humphrey,

2   512 U.S. 477 (1994); and

3        2.  Defendant Ralls shall file a reply, if any, seven days thereafter.

4   DATED:  May 10, 2011

5

6

7   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

8   guev1132.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26