IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

    Plaintiff,                    No. 2:09-cv-1132 FCD KJN P

    vs.

A. Ralls, et al.,

    Defendants.              <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file objections to the May 4, 2011 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 23, 2011 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the May 4, 2011 findings and recommendations. Defendants' response, if any, shall be filed seven days thereafter.

DATED: May 31, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

guev1132.36