IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

        Plaintiff,                No. 2:09-cv-1132 FCD KJN P

    vs.

A. RALLS, et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 4, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 25, 2011, plaintiff was granted twenty-one days from the date plaintiff received his legal materials in which to file objections. On August 11, 2011, defendants notified the court that plaintiff received his legal materials and appended a copy of plaintiff's letter stating he received his legal materials on July 11, 2011. Thus, plaintiff's objections were due on or before August 1, 2011. That date has passed, and neither party has filed objections to the findings and recommendations.

1   The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4   1. The findings and recommendations filed May 4, 2011, are adopted in full;
5   2. The September 24, 2010 motion for summary judgment (dkt. no. 85) is granted
6  as to defendants Ramirez, Scruggs and McCarvel.
7  DATED: August 18, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE