IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMILCAR GUEVARA,

      Plaintiff,                              No. Civ. S-09-1132 KJM KJN P

   vs.

A. RALLS, et al.,

      Defendants.               ORDER

                               /

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

          On March 8, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

          The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed March 8, 2012, are adopted in full;

        2.  Defendants' motions for summary judgment based on <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), are denied;

        3.  The September 24, 2010 motion for summary judgment (dkt no. 85) is granted as to defendants Scruggs, Ramirez and McCarvel; and

        4.  Defendant Ralls' May 11, 2011 motion for summary judgment (dkt. no. 102) is denied.

DATED:  March 29, 2012.

                              UNITED STATES DISTRICT JUDGE

/guev1132.801