1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMILCAR GUEVARA,                          No.  09-cv-1132 TLN KJN P

12              Plaintiff,

13       v.                                     ORDER

14   A. RALLS, et al.,,

15              Defendants.

16

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20       On August 5, 2013, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23   objections to the findings and recommendations.

24       The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27       1.  The findings and recommendations filed August 5, 2013 (ECF No. 146), are adopted in

28   full;

1

1      2.  Defendants' motion for summary judgment based on <u>Heck v. Humphrey</u>, 512 U.S. 477

2  (1994), is denied;

3      3.  The September 27, 2012, motion for summary judgment (ECF No. 137) is granted as

4  to defendants Scruggs, Ramirez and McCarvel; and

5      4.  This matter is remanded to the magistrate judge for scheduling as to plaintiff's

6  remaining claim against defendant Ralls.

7  Dated: October 2, 2013

8

9

10

11                                      Troy L. Nunley
                                        United States District Judge
12  guev1132..801

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2