UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR GUEVARA, | No. 2:09-cv-1132 TLN KJN P |
| Plaintiff, | |
| v. | ORDER and FINDINGS & RECOMMENDATIONS |
| A. RALLS, | |
| Defendant. | |

By order filed October 11, 2013, this court directed plaintiff to file a pretrial statement on or before December 13, 2013. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants are relieved from filing a pretrial statement.

2. The pretrial conference set for March 21, 2014, is vacated; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 2, 2014

/guev1132.fpt

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE